

9964 Gast Road, Bridgman, MI 49106 Phone (269) 465-5432 Fax (269) 466-0221

October 27, 2021

Mr. Steve Schmidtke
2212 Shiawasee Lane
Stevensville, MI 49127

RE: **TRESPASS NOTICE**



Dear Mr. Schmidtke,

This letter is to serve as formal notice that effective today, you may not enter any extra-curricular activity where Bridgman Public Schools students and/or staff are participating in said extra-curricular activity. This "No Trespass" notice will remain in effect until October 27, 2022 and/or rescinded by the Superintendent or his designee. Failure to comply with this notice may result in further legal matters.

District Policy 9150 gives me the "authority to prohibit the entry of any person to a school of this District or expel any person when there is reason to believe the presence of such person would be detrimental to the good order of the school…"

Your recent actions on Friday, October 22, 2021 at Marcellus High School and previous actions dating back to October 2020 were grounds for making this decision.

School safety and security are a top priority, and anyone on school grounds without permission will be prosecuted to the fullest extent of the law.

Thank you in advance for your cooperation.

Sincerely,


Shane M. Peters
Superintendent

Cc: City of Bridgman Police Department
    Baroda-Lake Township Police Department
    Bridgman Public Schools Administrative Team