

# WISELEY LAW
### DEFENDING YOUR LIBERTY

DAREN A. WISELEY  
*Principal Attorney*

41 1/2 E. Bacon St.  
Hillsdale, MI 49242

(517) 234-4020  
dwise@defendyourrights.law

April 4, 2022

Shane M. Peters, Superintendent  
Bridgman Public Schools  
9964 Gast Rd.  
Bridgman, MI 49106

**Re: Steve Schmidtke No Trespass**

Mr. Peters,

I am contacting you regarding the "No Trespass" you issued Mr. Schmidtke, dated October 27, 2021, stating that Mr. Schmidtke "[m]ay not enter any extracurricular activity where Bridgman Public Schools and/or staff are participating in said extra-curricular activity."

The No Trespass purports to be issued pursuant to District Policy 9150 for "recent actions" on October 22, 2021. The correspondence makes no reference to any specific act or actions that Mr. Schmidke took to warrant his exclusion from all Bridgman extracurricular activities, nor does it provide any facts to implicate him under the stated policy.

As a result, Mr. Schmidke missed his son Tyler's final varsity football game, and Aidan's basketball season. He has attempted to contact you several times via email and phone to resolve this matter, to which he has not received a response to date. He also has not received a copy of District Policy 9150 or any other district policies.

Mr. Schmidke feels as though he is being unfairly discriminated against. Since he has violated no district policy, nor committed any other wrongdoing to warrant a ban on extracurricular activities, Mr. Schmidke simply and respectfully requests that you lift the No Trespass; allowing him to resume attendance at his sons' events, and not miss out on any more of these cherished moments that he can never get back.

Thank you for your time and prompt attention in this very important matter.

Very Truly Yours,

_____  
Daren A. Wiseley  
Attorney for Steve Schmidke